[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *McDermott v. Ohio State Univ.*, Slip Opinion No. 2024-Ohio-1227.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-1227

MCDERMOTT, APPELLEE, *v.* OHIO STATE UNIVERSITY, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *McDermott v. Ohio State Univ.*, Slip Opinion No. 2024-Ohio-1227.]

*Court of appeals' judgment reversed on the authority of* Smith v. Ohio State Univ. *and cause remanded.*

(No. 2023-0202—Submitted March 26, 2024—Decided April 3, 2024.)

APPEAL from the Court of Appeals for Franklin County,

No. 22AP-76, 2022-Ohio-4780.

_____

{¶ 1} The judgment of the Tenth District Court of Appeals is reversed on the authority of *Smith v. Ohio State Univ.*, __ Ohio St.3d __, 2024-Ohio-764, __ N.E.3d __, and the cause is remanded to that court for it to determine whether discretionary immunity applies in this case.

KENNEDY, C.J., and FISCHER, DEWINE, and DETERS, JJ., concur.

STEWART, J., concurs based only on stare decisis.

DONNELLY and BRUNNER, JJ., dissent for the reasons set forth in Justice Brunner's dissenting opinion in *Smith*.

_____

Merriman Legando Williams & Klang, L.L.C., Drew Legando, Tom Merriman, and Edward S. Jerse, for appellee, Morgan McDermott.

Squire Patton Boggs (U.S.), L.L.P., John R. Gall, Traci L. Martinez, Christopher F. Haas, E. Joseph D'Andrea, Elizabeth P. Helpling, and Roger M. Gold, for appellant.

_____